111 F.3d 128
 Edward Walker, Charles Reid, Edwin Rosado
v.
Hudson County, N.J., Robert Janisiewski, County Executive,
Hudson County, Ralph W. Green, Warden, Hudson County
Correctional Center, Edward L. Webster, Sheriff of Hudson
County, Unknown Sheriff Officers, County of Hudson, Mr.
Johnson, Social Worker, Hudson County Corectional Center
 NO. 96-5724
 United States Court of Appeals,
Third Circuit.
 Mar 20, 1997
 
 Appeal From: D.N.J. ,No.95cv06071 ,
 Politan, J.
 
 
 1
 Affirmed.